## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK A. POSTIE,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-00317 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| **SGT. DUANE FREDERICK,** | : | |
| **OFFICER ADAM SINTON, JR.,** | | |
| **and RUSH TOWNSHIP,** | : | |
| Defendants | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Mehalchick, **(Doc. 51)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** The defendants' motion to partially dismiss the plaintiff's second amended complaint, **(Doc. 46)**, is **GRANTED IN PART AND DENIED IN PART**.

**(3)** The defendants' motion to dismiss the plaintiff's 42 U.S.C. §1983 claims arising under the Fourteenth Amendment is **GRANTED** as to all defendants and the claims are **DISMISSED WITH PREJUDICE**.

**(4)** The defendants' motion to dismiss the plaintiff's §1983 claims arising under the Fourth Amendment for abuse of process and loss of privacy is **GRANTED** as to all

defendants and the claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6).

**(5)** The defendants' motion to dismiss the plaintiff's state law claims for abuse of process and failure to intervene is **GRANTED** as to all defendants and the claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6).

**(6)** The defendants' motion to dismiss the plaintiff's state law claim for assault and battery is **GRANTED** and **DISMISSED WITH PREJUDICE** as to defendant Frederick for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6), but **DENIED** as to defendant Sinton.

**(7)** The Clerk of Court is directed to **TERMINATE** defendant Rush Township from this action.

**(8)** The matter is remanded to Judge Mehalchick for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 29, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0317-02-ORDER.wpd