**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FREDERICK A. POSTIE,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-00317 |
| v. | : | (JUDGE MANNION) |
| **SGT. DUANE FREDERICK and OFFICER ADAM SINTON, JR.,** | : | |
| | : | |
| Defendants | | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant Frederick's limited objections to the report and recommendation of Judge Mehalchick, **(Doc. 72, Doc. 73)**, are **OVERRULED**.

**(2)** Judge Mehalchick's report and recommendation, **(Doc. 71)**, is **ADOPTED IN ITS ENTIRETY**.

**(3)** The defendants' motion for summary judgment, **(Doc. 63)**, is **GRANTED IN PART AND DENIED IN PART**.

**(A)** The defendants' motion for summary judgment is **GRANTED** as to the plaintiff's Fourth Amendment malicious prosecution, false arrest, and false imprisonment claims against defendant Sinton on the basis of qualified immunity.

**(B)** The defendants' motion for summary judgment is **DENIED**

with respect to the plaintiff's state law assault and battery claims against defendant Sinton.

**(C)** The defendants' motion for summary judgment is **DENIED** with respect to the plaintiff's Fourth Amendment malicious prosecution, false arrest, and false imprisonment claims against defendant Frederick.

**(4)** A **Final Pretrial Conference** will be held **at 1:30 p.m. on June 7, 2018**, in the William J. Nealon Federal Building & U.S. Courthouse, 235 N. Washington Ave., Scranton, PA in Courtroom 3.

**(5)** The **Trial** will begin with jury selection **at 9:30 a.m. on June 25, 2018**, in the location noted above.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 11, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0317-03-ORDER.wpd